## G. M. BOONE v. BELLE F. COLLINS.

(Filed 14 June, 1933.)

APPEAL by defendant from *Moore, J.*, at September Term, 1932, of HAYWOOD. New trial.

*Grover C. Davis for plaintiff.*
*Jos. E. Johnson and Johnson, Smathers & Rollins for defendant.*

PER CURIAM. When the case was here on a former appeal (202 N. C., 12) a new trial was granted for the reason that the judge inadvertently placed the burden of proof on both parties. On the second trial the same error was committed, and we are not satisfied that the attempted correction resulted in a clear explanation of the law, particularly in view of the instructions relating to adverse possession.

New trial.

## R. V. BARKLEY AND C. A. MULLIS v. GEORGE W. PATTERSON AND JOSEPH A. ELLIOTT.

(Filed 14 June, 1933.)

APPEAL by plaintiffs from *Warlick, J.*, at November Term, 1932, of MECKLENBURG. Affirmed.

*A. A. Tarlton and J. E. Woolard for plaintiffs.*
*Paul R. Ervin and H. I. McDougle for defendants.*

PER CURIAM. In this cause a judgment was rendered by a justice of the peace in favor of the plaintiffs and the defendants appealed. The case was not docketed in the Superior Court, at the term next ensuing the trial and no motion for *a recordari* was made at that time; but the trial court found as a fact that counsel for the defendants had not been negligent and had been induced to believe that the controversy would be settled without appeal. Upon the findings of fact the court permitted the appeal to be docketed. The plaintiffs excepted and appealed. The judgment is

Affirmed.